SOUTHERN FLOUR & GRAIN Co. *v.* TENNESSEE MILLING Co.

LEWIS, J.   In the light of the evidence, the charge of the court fully and fairly covered the only controlling issue between the parties. The verdict was not without evidence to support it, and this court will not interfere with the discretion of the trial judge in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concurring.*

Argued December 11, 1899. — Decided January 27, 1900.

Action on contract.   Before Judge Calhoun.   City court of Atlanta.   April 29, 1899.

*W. H. & E. R. Black,* for plaintiff in error.
*Henry M. Patty,* contra.

---

CUNNINGHAM *v.* UNITED STATES SAVINGS & LOAN Co. *et al.*

LEWIS, J.   This case is controlled by the decision this day rendered in the case of *Cunningham* v. *United States Savings & Loan Co. et al.,* 109 *Ga.* 616.        *Judgment affirmed.   All the Justices concurring.*

Argued December 12, 1899. — Decided January 27, 1900.

Petition for homestead.   Before Judge Lumpkin.   Fulton superior court.   March term, 1899.

*L. R. Ray* and *W. R. Hammond,* for plaintiff.
*W. M. Everett, Dorsey, Brewster & Howell, Simmons & Corrigan, King & Anderson,* and *James K. Hines,* contra.